EHRLICH & CRAIG LLP
AMY CRAIG - #269339
amy@ehrlich-craig.com
BENJAMIN MERCER-GOLDEN - #339525
benjamin@ehrlich-craig.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Juan Alberto Hidalgo Rebolledo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 24-CR-00393-HSG |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE SPEEDY TRIAL TIME** |
| JUAN ALBERTO HIDALGO REBOLLEDO, | |
| Defendant. | |

The above matter is currently set for a status conference on Wednesday, August 27, 2025, at 2:00 p.m. The parties, the United States Government and Defendant Juan Alberto Hidalgo Rebolledo, by and through their respective attorneys, jointly request that the status conference in this matter be continued to Wednesday, September 17, at 2:00 p.m.

The parties are continuing to review case materials and engaging in discussions regarding the trajectory and resolution of the case. The defendant would like additional time to consult with immigration counsel and the government is not opposed to a continuance for that reason. To that end, the parties request that the status conference in this matter be continued to Wednesday, September 17, 2025, at 2:00 p.m.

The parties stipulate and agree that excluding time until September 17, 2025, will allow for the effective preparation of counsel, taking into account the exercise of due diligence. The

parties further stipulate and agree that the ends of justice served by excluding this period from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED:  August 26, 2025                Respectfully submitted,

                                                  /s/ Amy Craig
                                                 Amy Craig
                                                 Counsel for Defendant
                                                 JUAN HIDALGO REBOLLEDO

DATED:  August 26, 2025                CRAIG MISSAKIAN
                                       United States Attorney

                                                  /s/ Maya Karwande
                                                 Maya Karwande
                                                 Assistant United States Attorney

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Juan Alberto Hidalgo Rebolledo's status conference, currently set for August 27, 2025, at 2:00 p.m., be continued to September 17, 2025, at 2:00 p.m.

Furthermore, the Court finds that based upon the facts set forth in the stipulation of the parties, and for good cause shown, failing to exclude time from August 27, 2025, through September 17, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 27, 2025, through September 17, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 27, 2025, through September 17, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: 8/26/2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge